# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *as an organization,* et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:21-CV-01259-ELR |
| BRAD RAFFENSPERGER, *in his official capacity* of the Secretary of State for the State of Georgia, et al., | * * * * | |
| Defendants. | * * | |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *a Georgia non-profit organization,* et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:21-CV-01284-ELR |
| BRIAN KEMP, *Governor of the State of Georgia*, *in his official capacity*, et al., | * * * * | |
| Defendants. | * * | |

**O R D E R**

Presently before the Court are Plaintiffs Georgia State Conference of the NAACP; Georgia Coalition for the People's Agenda, Inc.; League of Women Voters of Georgia, Inc.; Galeo Latino Community Development Fund, Inc.; Common Cause; and Lower Muskogee Creek Tribe's "Complaint for Injunctive and Declaratory Relief." Compl. [Doc. 1] (Civil Action No. 1:21-CV-01259); and Sixth District of the African Methodist Episcopal Church; Georgia Muslim Voter Project; Women Watch Afrika; Latino Community Fund of Georgia; and Delta Sigma Theta Sorority, Inc.'s Complaint. Compl. [Doc. 1] (Civil Action No. 1:21-CV-01284). Based upon the Court's review, the instant cases are closely related to an earlier-filed matter currently pending before the Honorable Jean-Paul Boulee of this district, as they involve many of the same Defendants and similar issues stemming from the same underlying facts.[1]

To promote judicial economy and efficiency, the Court hereby transfers the above-captioned cases to the Honorable Jean-Paul Boulee. The Court **DIRECTS** the Clerk to reassign these cases (Civil Action No. 1:21-CV-01259 and Civil Action No. 1:21-CV-01284) to Judge Boulee and further **DIRECTS** the Clerk to assign to

---

[1] The related case is: New Georgia Project et al. v. Raffensperger et al., Civil Action No. 1:21-CV-01229-JPB, filed March 25, 2020.

the undersigned the next new case that is set to be assigned to Judge Boulee, in accordance with the standard practices of this Court.

**SO ORDERED**, this 31st day of March, 2021.

Eleanor L. Ross
United States District Judge
Northern District of Georgia