IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*,<br><br>*Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:21-CV-01259-JPB |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Loree Anne Paradise, of the law firm Taylor English Duma LLP, 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339, and hereby enters her appearance as counsel for Defendants Brad Raffensperger, in his official capacity as Secretary of State of Georgia; and State Election Board members Rebecca Sullivan, David Worley, Matthew Mashburn, and Anh Le in the above-captioned matter. Copies of all further pleadings, orders, and notices should be sent to her at the address below.

[SIGNATURE ON NEXT PAGE]

This 7th day of April, 2021.

*/s/ Loree Anne Paradise*
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (404) 640-5910

*Attorney for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing Notice of Appearance of Counsel has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Loree Anne Paradise*
Loree Anne Paradise