IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*,<br><br>　　*Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:21-CV-01259-JPB |

## CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants Secretary of State Brad Raffensperger, and State Election Board Members Rebecca Sullivan, David Worley, Matthew Mashburn, and Anh Le have conferred with Plaintiffs and, with their consent, respectfully request this Court extend the time for Defendants to respond to Plaintiffs' Complaint from April 30, 2021 to May 14, 2021. This short, two-week extension will not delay the adjudication of the claims in the Complaint.

A proposed order granting the Motion is attached.

1

Respectfully submitted this 13th day of April, 2021.

    Christopher M. Carr
    Attorney General
    GA Bar No. 112505
    Bryan K. Webb
    Deputy Attorney General
    GA Bar No. 743580
    Russell D. Willard
    Senior Assistant Attorney General
    GA Bar No. 760280
    **State Law Department**
    40 Capitol Square, S.W.
    Atlanta, Georgia 30334

    */s/ Bryan P. Tyson*
    Bryan P. Tyson
    Special Assistant Attorney General
    Georgia Bar No. 515411
    btyson@taylorenglish.com
    Bryan F. Jacoutot
    Georgia Bar No. 668272
    bjacoutot@taylorenglish.com
    Loree Anne Paradise
    Georgia Bar No. 382202
    lparadise@taylorenglish.com
    **Taylor English Duma LLP**
    1600 Parkwood Circle
    Suite 200
    Atlanta, GA 30339
    Telephone: 678-336-7249

    *Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Motion has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson