IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEORGIA STATE CONFERENCE OF THE
NAACP, as an organization; GEORGIA
COALITION FOR THE PEOPLE'S
AGENDA, INC., as an organization; LEAGUE
OF WOMEN VOTERS OF GEORGIA, INC.,
as an organization; GALEO LATINO
COMMUNITY DEVELOPMENT FUND,
INC., as an organization; COMMON CAUSE,
as an organization; LOWER MUSKOGEE
CREEK TRIBE; THE URBAN LEAGUE OF
GREATER ATLANTA, INC., as an
organization,

Plaintiffs,

v.

BRAD RAFFENSPERGER, in his official
capacity of the Secretary of State for the
State of Georgia, REBECCA N.
SULLIVAN, DAVID J. WORLEY,
MATTHEW MASHBURN, and ANH LE, in
their official capacities as members of the
State Election Board, ALEX WAN, in his
official capacity as Chairman of the
FULTON County Registration and Elections
Board, MARK WINGATE, KATHLEEN
RUTH, VERNETTA KEITH NURIDDIN,
and AARON JOHNSON, in their official
capacities as Members of the FULTON
County Registration and Elections Board,
ALICE O'LENICK, in her official capacity

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action
Case No. 1:21-cv-1259-JPB

as Chairman of the GWINNETT County                    )
Board of Registrations and Elections,                 )
WANDY TAYLOR, STEPHEN W. DAY,                          )
and GEORGE AWUKU, in their official                    )
capacities as Members of the GWINNETT                  )
County Board of Registrations and Elections,           )
PHIL DANIELL, in his official capacity as              )
Chairman of the COBB County Board of                   )
Elections and Registration, FRED AIKEN,                )
PAT GARTLAND, JESSICA M. BROOKS,                       )
and DARRYL O. WILSON, JR., in their                    )
official capacities as Members of the COBB             )
County Board of Elections and Registration,            )
                                                       )
Defendants.                                            )
                                                       )
                                                       )

_____

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS

(1) The undersigned counsel of record for Plaintiffs to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

(a) Plaintiff Georgia State Conference of the National Association for the Advancement of Colored People ("Georgia NAACP"); Parent: National Association for the Advancement of Colored People, Inc. ("NAACP").

(b) Plaintiff Georgia Coalition for the People's Agenda ("GCPA").

2

(c) Plaintiff Galeo Latino Community Development Fund, Inc. ("GALEO").

(d) Plaintiff Common Cause.

(e) Plaintiff League of Women Voters of Georgia, Inc. ("LWVG")

(f) Plaintiff Lower Muscogee Creek Tribe ("LMCT").

(g) Plaintiff The Urban League Of Greater Atlanta, Inc. ("ULGA")

(h) Defendant Brad Raffensperger, Georgia Secretary of State and *Ex Officio* member of the Georgia State Election Board.

(i) Defendant Rebecca Sullivan in her official capacity as Vice Chair of the Georgia State Election Board.

(j) Sara Tindall Ghazal, successor in interest to Defendant David J. Worley, Member of the Georgia State Election Board in her official capacity. (Substitution of successor in interest to be filed).

(k) Defendant Matthew Mashburn, in his official capacity as a member of the Georgia State Election Board.

(l) Defendant Anh Le, in her capacity as a member of the Georgia State Election Board.

(m) Alex Wan, in his official capacity as Chairman of the Fulton County Registration and Elections Board.

(n) Mark Wingate, in his official capacity as a member of the Fulton County Registration and Elections Board.

(o) Kathleen Ruth, in her official capacity as a member of the Fulton County Registration and Elections Board.

(p) Vernetta Keith Nuriddin, in her official capacity as a member of the Fulton County Registration and Elections Board.

(q) Aaron Johnson, in his official capacity as a member of the Fulton County Registration and Elections Board.

(r) Alice O'Lenick, in her official capacity as Chairman of the Gwinnett County Board of Registrations and Elections.

(s) Wandy Taylor, in her official capacity as Chairman of the Gwinnett County Board of Registrations and Elections.

(t) Stephen W. Day, in his official capacity as Chairman of the Gwinnett County Board of Registrations and Elections.

(u) George Awuku, in his official capacity as a member of the Gwinnett County Board of Registrations and Elections.

(v) Santiago Marquez.

(w) Lynn Ledford, Gwinnett County Elections Division Director.

(x) Steven F. Bruning, Tori Silas, and Jennifer Mosbacher (Chair of the Board), as successors in interest to outgoing members of the Cobb County Board of Elections Phil Daniell, Fred Aiken, and Darryl O. Wilson, Jr. (substitution to be filed).

(y) Pat Gartland, in his official capacity as member of the Cobb County Board of Elections and Registration.

(z) Jessica M. Brooks, in her official capacity as member of the Cobb County Board of Elections and Registration.

(aa) Defendant-Intervenor, The Republican National Committee.

(bb) Defendant-Intervenor, National Republican Senatorial Committee.

(cc) Defendant-Intervenor, Georgia Republican Party, Inc..

(dd) Defendant-Intervenor, National Republican Congressional Committee;

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:[1]

---

[1] Additional incoming members of the county boards of elections may be in the process of transitioning onto the boards to fill vacancies or due to the expiration of predecessors' terms. Plaintiffs will update these disclosures when these additional

The parties;

The Law Office of Bryan L. Sells, LLC;

Lawyers' Committee for Civil Rights Under Law;

Hughes Hubbard & Reed LLP;

Gerald R. Weber;

Schaerr Jaffe LLP;

Taylor English Duma LLP;

Office of the Georgia Attorney General;

Consovoy McCarthy PLLC;

Hall Booth Smith, P.C.;

Haynie, Litchfield & White, PC.

Additionally, this litigation could substantially affect the rights of any Georgia voters who will vote in future Georgia elections as well as organizations and individuals who devote resources to voter registration, civic engagement, Get Out the Vote (GOTV) activities, and voter education who are, or will be, negatively impacted by SB 202.

(3) The undersigned further certifies that the following is a full and

---

members of the Boards are identified and will substitute new board members as defendants in place of their predecessors.

complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, League of Women Voters of Georgia, Inc., Galeo Latino Community Development Fund, Inc., Common Cause, Lower Muscogee Creek Tribe; and The Urban League of Greater Atlanta, Inc.:

Bryan Ludington Sells; Ezra David Rosenberg; Gregory Farrell; Jon M. Greenbaum; Julie Marie Houk; Neil J. Oxford; Vilia Hayes; and Gerald R. Weber.

For Defendants Brad Raffensperger, Rebecca Sullivan, David Worley, Matthew Mashburn, and Anh Le:

H. Christopher Bartolomucci; Bryan Francis Jacoutot; Bryan P. Tyson; Charlene S McGowan; and Loree Anne Paradise.

For Defendant-Intervenors Republican National Committee, National Republican Senatorial Committee, Georgia Republican Party, Inc., and National Republican Congressional Committee:

Cameron T. Norris; John E. Hall , Jr.; Stephen Christopher Begakis; Tyler R. Green; William Dowdy White; and William Bradley Carver.

For Defendants Phil Daniell, Fred Aiken, Pat Gartland, Jessica M. Brooks, and Darryl O. Wilson, Jr.:

Daniel Walter White.

For Defendants Alex Wan; Mark Wingate; Kathleen Ruth; Vernetta Keith Nuriddin; Aaron Johnson:

Cheryl Ringer and David Lowman

For Defendants  Alice O'Lenick, Wandy Taylor, Stephen W. Day, George Awuku, and related parties, Santiago Marquez and Lynn Ledford:

Tuwanda Williams and Melanie Wilson.

Dated: July 1, 2021

/s/ Bryan L. Sells
Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan Sells, LLC
PO Box 5493
Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

Jon Greenbaum*
Ezra D. Rosenberg*
Julie M. Houk*
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Vilia Hayes*

Neil Oxford*
Gregory Farrell*
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482 Telephone: (212) 837-6000
Facsimile: (212) 422-4726

*Admitted pro hac vice

Counsel for Plaintiffs

**CERTIFICATE OF COMPLIANCE AND OF SERVICE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**

**DISCLOSURE STATEMENT OF PLAINTIFFS** has been prepared in Times

New Roman 14, a font and type selection approved by the Court in L.R. 5.1(C),

and that I provided notice and a copy of the foregoing using the CM/ECF system

which will automatically send e-mail notification of such filing to all attorneys of

record.

Respectfully submitted this 1st day of July, 2021.

*/s/ Bryan L. Sells*
Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan Sells, LLC.
P.O. Box 5493
Atlanta, GA 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

*Counsel for Plaintiffs*
