# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| IN RE GEORGIA SENATE BILL 202 | MASTER CASE NO.<br><br>1:21-MI-55555-JPB |
|---|---|

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia., et al.,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, et al.,<br><br>*Intervenor-Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:21-cv-1259-JPB |

**JOINT STIPULATION AND CONSENT MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF, THE URBAN LEAGUE OF GREATER ATLANTA, INC., WITH PREJUDICE**

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, The Urban League of Greater Atlanta, Inc., Defendants Brad Raffensperger, in his official capacity as Georgia's Secretary of State; Rebecca N. Sullivan, in her official capacity as acting Chair of the Georgia State Election Board; and Sara Tindall Ghazal, Matthew Mashburn, and Anh Lee, in their official capacities as members of the State Election Board; Cathy Woolard, in her official capacity as Chairwoman of the Fulton County Registration and Elections Board, and Mark Wingate, Kathleen D. Ruth, Aaron V. Johnson, and Teresa K. Crawford in their official capacities as Members of the Fulton County Registration and Elections Board; Alice O'Lenick, in her official capacity as Chairwoman of the Gwinnett County Board of Registrations and Elections, and Wandy Taylor, Stephen W. Day, George Awuku, and Anthony Rodriquez in their official capacities as Members of the Gwinnett County Board of Registrations and Elections; Tori Silas, in her official capacity as the Chairwoman of the Cobb County Board of Elections and Registration; and Pat Gartland, Jessica M. Brooks, Steven F. Bruning, and Jennifer Mosbacher, in their official capacities as Members of the Cobb County Board of Elections and Registration, and Defendant-Intervenors Republican National Committee, Inc., Georgia Republican Party, Inc., National Republican Congressional Committee, and the National Republican Senatorial Committee,

("the Consenting Parties"), through their undersigned respective counsel, agree and stipulate to the voluntary dismissal of Plaintiff, The Urban League of Greater Atlanta, Inc., with prejudice and hereby respectfully file this Joint Stipulation and Consent Motion for the Voluntary Dismissal of Plaintiff, The Urban League of Atlanta, Inc., with Prejudice. These Consenting Parties have agreed that they shall each bear their own respective attorneys' fees, expenses, and costs. This Stipulation and Consent Order is not intended to apply to the claims of the remaining Plaintiffs, nor to the Defendants' and Defendant-Intervenors' defenses to the claims of the remaining Plaintiffs.

A proposed Order is accompanies this Joint Stipulation and Consent Motion. The Consenting Parties appreciate the Court's consideration of this motion.

Respectfully submitted this 6th day of January, 2022.

| | |
|---|---|
| Christopher M. Carr<br>Attorney General<br>GA Bar No. 112505<br>Bryan K. Webb<br>Deputy Attorney General<br>GA Bar No. 743580<br>Russell D. Willard<br>Senior Assistant Attorney General<br>GA Bar No. 760280<br>Charlene McGowan<br>Assistant Attorney General<br>GA Bar No. 697316 | */s/ Bryan L. Sells*<br>Bryan L. Sells<br>Georgia Bar No. 635562<br>The Law Office of Bryan Sells, LLC<br>PO Box 5493<br>Atlanta, Georgia 31107<br>Tel: (404) 480-4212<br>Email: bryan@bryansellslaw.com<br><br>Jon Greenbaum\*<br>Ezra D. Rosenberg\*<br>Julie M. Houk\* |

3

State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

Gene C. Schaerr*
gschaerr@schaerr-jaffe.com
Erik Jaffe* ejaffe@schaerr-jaffe.com
H. Christopher Bartolomucci*
cbartolomucci@schaerr-jaffe.com
Brian J. Field* bfield@schaerr-jaffe.com SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Fax: (202) 776-0136

* Admitted pro hac vice

Counsel for State Defendants.

*/s/ Cameron T. Norris*
Tyler R. Green (pro hac vice)

jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jpowers@lawyerscommittee.org
Lawyers' Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Vilia Hayes*
Gregory Farrell*
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

*Admitted pro hac vice

*Counsel for Plaintiffs*

*/s/ Daniel W. White*
Daniel W. White
Georgia Bar No. 153033
Haynie, Litchfield & White, PC
222 Washington Ave.
Marietta, Georgia 30060
(770) 422-8900
dwhite@hlw-law.com

Counsel for Cobb County Defendants

*/s/ Kaye Woodard Burwell*
Georgia Bar Number: 775060
kaye.burwell@fultoncountyga.gov
Cheryl Ringer
Georgia Bar Number: 557420

4

Cameron T. Norris (pro hac vice)
Steven C. Begakis (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

John E. Hall, Jr.
Georgia Bar No. 319090
William Bradley Carver, Sr.
Georgia Bar No. 115529
W. Dowdy White
Georgia Bar No. 320879
HALL BOOTH SMITH, P.C.
191 Peachtree St. NE, Ste. 2900
Atlanta, GA 30303
(404) 954-6967

Counsel for Intervenor-Defendants.

cheryl.ringer@fultoncountyga.gov
David R. Lowman
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov
Office of the Fulton County Attorney
141 Pryor Street, SW
Suite 4083
Atlanta, GA 30303
(404) 612-0246

Counsel for the Fulton County Defendants

*/s/ Tuwanda Rush Williams*
Tuwanda Rush Williams
Deputy County Attorney
Georgia Bar No: 619545
tuwanda.williams@gwinnettcounty.com
*/s/ Melanie F. Wilson*
Melanie F. Wilson
Senior Assistant County Attorney
Georgia Bar No. 768870
Melanie.wilson@gwinnettcounty.com
Gwinnett County Department of Law
75 Langley Dr.
Lawrenceville, GA 30046-6935
770-822-8200

Counsel for the Gwinnett County Defendants

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Joint Stipulation and Consent Motion for Voluntary Dismissal of Plaintiff, The Urban League of Greater Atlanta, Inc., with Prejudice has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan L. Sells*
Bryan L. Sells