# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW Elizabeth W. Vaughan, Assistant Attorney General, and hereby makes an entry of appearance in the above-styled action on behalf of Defendants the State of Georgia; Brian Kemp, Governor of Georgia; Brad Raffensperger, Georgia Secretary of State; the Georgia State Election Board; and State Election Board members Matthew Mashburn, Edward Lindsey, Sara Ghazal, and Janice Johnston[1] (collectively, "State Defendants"). Assistant Attorney General Elizabeth W. Vaughan is hereby substituted as counsel in place of Charlene S. McGowan, who is leaving employment with the Georgia Attorney General's office and hereby withdraws as counsel for State Defendants.

---

[1] Several of the complaints filed in this consolidated action named David Worley, Ahn Le, and Rebecca Sullivan as Defendants in their official capacities as members of the State Election Board. These individuals have been replaced on the State Election Board by Sara Ghazal, Janice Johnston, and Edward Lindsey, respectively, and they are substituted in their official capacities by operation of law.

1

The undersigned respectfully requests that Ms. McGowan be removed as an attorney of record on the docket and that all further pleadings, notices, orders, and other matters be directed to:

> Elizabeth W. Vaughan
> Office of the Attorney General
> 40 Capitol Square, SW
> Atlanta, Georgia 30334
> Telephone:  (404) 458-3549
> E-Mail: evaughan@law.ga.gov

Respectfully submitted, this 15th day of February, 2023.

/s/ *Charlene S. McGowan*
CHARLENE S. MCGOWAN 697316
Assistant Attorney General

/s/ *Elizabeth W. Vaughan*
ELIZABETH W. VAUGHAN 762715
Assistant Attorney General

Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
evaughan@law.ga.gov
Tel: 404-458-3549

*Counsel for State Defendants*