**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W. Suite 4038
Atlanta, Georgia 30303

**Y. SOO JO**
County Attorney



Telephone (404) 612-0246
Facsimile (404) 730-6324

March 22, 2023

<u>**VIA CM/ECF Filing**</u>
Ms. Britney Walker
Courtroom Deputy Clerk for Hon. J.P. Boulee
United States District Court
1788 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

      **REQUEST FOR LEAVE OF ABSENCE**
      Re: <u>**In Re Georgia Senate Bill 202, et. al. v. Brad Raffensperger, et. al.**</u>
      <u>**USDC, NDGA, Civil Action File No. 1:21-MI-55555-JPB**</u>

Dear Ms. Walker:

     Please accept this letter pursuant to Local Rule 83.1E(4) in regard to a leave of absence less than (20) consecutive days. I am lead counsel for the Fulton County Defendant Solicitor Keith Gammage in the above-referenced matter, please accept this letter requesting that no hearing or trials be calendared during the time period of:

      ☐ April 3rd, 2023 to April 5th, 2023 (Vacation);
      ☐ July 3rd, 2023 to July 7th, 2023 (Vacation);

Applicant currently has no hearings or trials scheduled for the above case matter during the requested leave periods.

                           Sincerely,

                           <u>**/s/ Brad M. Bowman**</u>
                           Brad Bowman
                           Supervising County Counsel
                           Georgia Bar No. 215007
                           [brad.bowman @fultoncountyga.gov](mailto:brad.bowman@fultoncountyga.gov)

cc: All counsel of record (via CM/ECF only)