**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.,*<br><br>*Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01284-JPB |

**NOTICE OF WITHDRAWAL OF ARMEN N. NERCESSIAN**
**AS COUNSEL OF RECORD FOR PLAINTIFFS**

Pursuant to Local Rule 83.1(E)(4), the undersigned counsel respectfully withdraws his *pro hac vice* appearance as counsel in the above-captioned case. As of February 13, 2026, the undersigned counsel will no longer be associated with Fenwick & West LLP, counsel for Plaintiffs in this action. Plaintiffs will continue to be represented by counsel at Fenwick & West LLP, as well as co-counsel who have entered appearances in this matter and local counsel Bryan L. Sells and Gerald R. Weber.

Respectfully submitted, this 17th day of February, 2026.

/s/ *Armen N. Nercessian*
Armen N. Nercessian (*pro hac vice*)
anercessian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph. (415) 875-2300

*Attorney for Plaintiffs Georgia State Conference/NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Galeo Latino Community Development Fund, Common Cause, and Lower Muskogee Creek Tribe*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: February 17, 2026

/s/ *Armen N. Nercessian*
Armen N. Nercessian

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: February 17, 2026

/s/ *Armen N. Nercessian*
Armen N. Nercessian

*Attorney for Plaintiffs*