**HAYNIE, LITCHFIELD & WHITE, P.C.**
ATTORNEYS AT LAW
222 WASHINGTON AVENUE
MARIETTA, GA  30060

| | | |
|---|---|---|
| DOUGLAS R. HAYNIE | TELEPHONE 422-8900 | dhaynie@hlw-law.com |
| GREGG E. LITCHFIELD | AREA CODE 770 | gel@hlw-law.com |
| DANIEL W. WHITE | TELECOPIER 424-8900 | dwhite@hlw-law.com |
| | www. hlw-law.com | |

May 30, 2025

Chambers of Judge J. P. Boulee
ATTN: Courtroom Deputy Clerk
1988 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309
CRD_JPB@gand.uscourts.gov

**Re:  Leave of Absence for Daniel White**

*IN RE GEORGIA SENATE BILL 202*
**United States District Court for the Northern District of Georgia, Atlanta Division;**
**Master Case No.: 1:21-MI-55555-JPB**

*New Georgia Project, et al. v. Brad Raffensperger, et al.*
**United States District Court for the Northern District of Georgia, Atlanta Division;**
**Civil Action No. 1:21-cv-01229-JPB**

*Georgia State Conference of the NAACP et al v. Raffensperger et al.*
**United States District Court for the Northern District of Georgia, Atlanta Division;**
**Civil Action No. 1:21-cv-01259-JPB**

*Sixth District of the African Methodist Episcopal Church et al v. Kemp et al*
**United States District Court for the Northern District of Georgia, Atlanta Division;**
**Civil Action No. 1:21-cv-01284-JPB**

*Asian Americans Advancing Justice-Atlanta v. Raffensperger et al*
**United States District Court for the Northern District of Georgia, Atlanta Division;**
**Civil Action No. 1:21-cv-01333-JPB**

      The undersigned counsel and his firm represent the Cobb County Board of Elections and Registration, Brooks County Board of Elections and Registration, and other parties named as Defendants in the above-styled case.  Pursuant to Local Rule 83.1 (E)(5), please be advised that I plan to be out of the state and/or away from my law practice for the following time periods:

- **June 30-July 3, 2025, for family vacation**
- **August 1, 2025, for out-of-state travel**
- **August 21-22, 2025, for out-of-state travel**
- **September 11-12, 2025, for continuing legal education**
- **September 22-26, 2025 for family vacation**

I hereby verify that no hearing or other conference is currently scheduled with regard to Defendants in this case during the time period for which I am seeking leave, and I request that no hearing or other conference with regard to Defendants be scheduled for this time period.

By filing a copy of this letter with the Court's ECF system, I hereby give notice of this leave of absence to all counsel of record.

Thank you for your consideration of this matter.

Sincerely,

Daniel White